IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MAKEITH GRAHAM, : | |
| : | |
| Plaintiff, : | |
| : | Case No. 7:21-cv-00077-WLS-TQL |
| v. : | |
| : | |
| THOMAS COUNTY JAIL, : | |
| : | Proceedings Under 42 U.S.C. §1983 |
| Defendant. : | Before the U. S. Magistrate Judge |
| : | |

**ORDER**

*Pro se* Plaintiff Makeith Graham, an inmate at the Thomas County Jail in Thomasville, Georgia filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. (Doc. 1.) He did not pay the filing fee or request leave to proceed without prepayment of the filing fee. Thus, on June 29, 2021, Plaintiff was ordered to pay the filing fee or file a motion to proceed in forma pauperis within fourteen days. (Doc. 3.) The Plaintiff did not respond so on July 21, 2021, this Court ordered the Plaintiff to show cause why his complaint should not be dismissed for failure to comply with this Court's order. (Doc. 4.) Plaintiff was given fourteen days to respond. Thereafter, the Plaintiff filed a motion to proceed *in forma pauperis* (Doc. 6) which was denied due to his ability to pay the full filing fee (Doc. 9.)

On August 25, 2021, the Plaintiff sent a letter in which he requested this Court reconsider the denial of his motion to proceed *in forma pauperis*. (Doc. 10.) On September 8, 2021, the Court issued an Order for the Plaintiff to submit an updated inmate

account statement for the Court to reconsider his motion to proceed *in forma pauperis* or pay the full filing fee as previously ordered. (Doc. 11.) Plaintiff was unambiguously informed that failure to comply with Court orders can result in the dismissal of his complaint. *Id.* He was given fourteen days to respond. *Id.* Once again, the Plaintiff failed to respond so, on September 29, 2021, this Court issued a second order to show cause why his complaint should not be dismissed for failure to respond to this Court's orders. (Doc. 12.)

Thereafter, on October 21, 2021, Plaintiff filed another motion to proceed *in forma pauperis* along with an updated certified copy of his inmate trust account. (Doc. 13.) On October 25, 2021, the Court granted Plaintiff's renewed motion to proceed *in forma pauperis* but ordered that he pay an initial partial filing fee of $91.08. (Doc. 14.) Plaintiff was given fourteen days to pay the partial initial filing fee. *Id.* He was further instructed to "keep the Court informed of any future address change" and that failure to comply with this Court's order may result in dismissal of this action. *Id.*

Plaintiff failed to pay the initial partial filing fee and this Court's October order was returned with a note that the Plaintiff was "not in jail". (Doc. 15.) Out of an abundance of caution, on November 16, 2021, this Court issued its third order to show cause why this action should not be dismissed for failure to comply with Court orders and diligently pursue claims. (Doc. 16.) The Court specifically informed Plaintiff that his action would be dismissed if he failed to respond. *Id.* Once again, Plaintiff was given fourteen (14) days

to comply and he has again failed to do so.[1]

Because Plaintiff has repeatedly failed to comply with this Court's orders or otherwise prosecute his case, his complaint is **DISMISSED WITHOUT PREJUDICE**. See Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 8th day of December, 2021.

_W. Louis Sands_
W. LOUIS SANDS
UNITED STATES DISTRICT JUDGE

---

[1] The Court's last order to show cause has not been returned to the Court as undeliverable.