IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MAKEITH GRAHAM, | * |
| Plaintiff, | * |
| v. | Case No. 7:21-CV-77(WLS) |
| | * |
| THOMAS COUNTY JAIL, | |
| | * |
| Defendant. | |
| | * |

**J U D G M E N T**

Pursuant to this Court's Order dated December 8, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 8th day of December, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk